AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sneed, Joesph T | Ninth Circuit | 06/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P. O. Box 193939 <br> San Francisco, CA 94119-3939 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1957-1973 | TIAA/ CREF Vested Pension Rights |
| 2. | |
| 3. | |

RECEIVED 2007 JUL -5 A 10: 59 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | TIAA/CREF Pension | $ 56,424.60 |
| 2. 2006 | Judicial Retirees & Survivors | $ 173,331.03 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 06/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BP America, Mineral Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 2. Anadarko Petroleum, Min. Rights, Moore County, TX | C | Royalty | M | W | | | | | |
| 3. Bilbrough marble, Min. Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 4. Bird Creek Resources, Min. Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 5. Chesapeake Operating, Min. Rights, Moore County, TX | E | Royalty | L | W | | | | | |
| 6. Westpan Resources, Min. Roghts, Moore County, TX | E | Royalty | L | W | | | | | |
| 7. Duke Energy, Min. Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 8. Lancaster & Co., Min. Rights, Moore County, TX | B | Royalty | J | W | | | | | |
| 9. Conoco Phillips, Min. Rights, Moore County, TX | E | Royalty | K | W | | | | | |
| 10. Plains Marketing, Min. Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 11. Semcrude, L.P., Min. Rights, Moore County, TX | A | Royalty | J | W | | | | | |
| 12. Valero Marketing & Supply, Min. Rights | A | Royalty | J | W | | | | | |
| 13. 3M Co., Common Stock | B | Dividend | L | T | Partial Sale | 1/17 | K | D | |
| 14. AT&T Corp, Common Stock name change from SBC Corp. | B | Dividend | K | T | Partial Sale | 1/17 | J | C | |
| 15. Albertson's Inc., Common Stock | A | Dividend | | | Sold | 1/24 | K | | |
| 16. Avery Dennison Corp., Common Stock | A | Dividend | K | T | | | | | |
| 17. BellSouth Corp., Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron Corp., Common Stock | B | Dividend | L | T | Partial Sale | 1/17 | J | C | |
| 19. Coca Cola Co., Common Stock | A | Dividend | K | T | | | | | |
| 20. Computer Sciences Corp., Common Stock | | None | K | T | Partial Sale | 5/19 | K | D | |
| 21. DuPont Corp., Common Stock | B | Dividend | L | T | | | | | |
| 22. Exxon Mobile Corp., Common Stock | B | Dividend | L | T | | | | | |
| 23. General Electric, Common Stock | C | Dividend | M | T | | | | | |
| 24. Grainger W. W., Inc. Common Stock | A | Dividend | K | T | | | | | |
| 25. Hewlett Packard Co., Common Stock | A | Dividend | M | T | Partial Sale | 7/13 | J | B | |
| 26. Home Depot, Inc., Common Stock | B | Dividend | L | T | | | | | |
| 27. J. P. Morgan Chase & Co., Common Stock | C | Dividend | M | T | Partial Sale | 5/19 | K | | |
| 28. Johnson & Johnson, Common Stock | A | Dividend | K | T | Buy | 1/31 | J | | |
| 29. lincoln National Corp., Common Stock | C | Dividend | M | T | | | | | |
| 30. Lubrizol Corp., Common Stock | B | Dividend | L | T | pur 4-16-04 | 4/4 | | | |
| 31. McDonald's Corp., Common Stock | B | Dividend | L | T | Partial Sale | 10/13 | K | A | |
| 32. Merck & Co., Inc., Common Stock | B | Dividend | K | T | Partial Sale | 1/17/ | J | D | |
| 33. Microsoft, Inc. Common Stock | A | Dividend | J | T | Buy | 7/13 | J | | |
| 34. Pitney Bowes, Inc., Common Stock | C | Dividend | L | T | Partial Sale | 10/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Procter & Gamble Co., Common Stock | B | Dividend | L | T | | | | | |
| 36. Safeway, Inc., Common Stock | A | Dividend | K | T | | | | | |
| 37. Union Pacific Corp., Common Stock | A | Dividend | K | T | Partial Sale | 4/12 | K | D | |
| 38. Xcel Energey, Inc., Common Stock | C | Dividend | L | T | Partial Sale | 4/12 | K | | |
| 39. Wal Mart Stores, Inc. Common Stock | A | Dividend | K | T | Buy | 5/19 | K | | |
| 40. Palo Alto Muni 5.375% 8-1-07 | A | Interest | | | Called | 8/1 | K | | |
| 41. California GO 5.0% 10-1-07 | A | Interest | | | Called | 10/1 | J | | |
| 42. California State 5.0% 10-1-07 | A | Interest | J | T | | | | | |
| 43. California HFA Ser A Rev 4.6% 8-1-09 | A | Interest | J | T | | | | | |
| 44. San Jose CA Muni 4.0% 3-1-10 | B | Interest | L | T | | | | | |
| 45. King County, WA Muni 4.0% 1-1-14 | B | Interest | L | T | | | | | |
| 46. USTN 4.625% 5-15-06 | C | Interest | | | Matured | 5/15 | M | A | |
| 47. USTN 2.25% 2-15-07 | B | Interest | L | T | | | | | |
| 48. USTN 3.375% 2-28-07 | C | Interest | L | T | | | L | | |
| 49. USTN 4.375% 5-15-07 | D | Interest | L | T | | | | | |
| 50. USTN 4.875 5-31-08 | C | Interest | M | T | | | | | |
| 51. USTN 3.125% 9-15-08 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  USTN 5.125 6-30-11 | D | Interest | M | T | | | | | |
| 53.  Merrill Lynch money market Funds | D | Interest | M | T | | | | | |
| 54.  70% Interest, ██████ Milam Co., TX | | None | L | W | | | | | |
| 55.  50% Interest, ██████ Milam Co., TX | | None | L | W | | | | | |
| 56.  Wells Fargo Checking | A | Interest | K | T | | | | | |
| 57.  Wells Fargo Money Market Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 06/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sneed, Joesph T | 06/14/2007 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

te 6/29/07

NOTE ....GLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C .... NS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544